Scott H. Husbands, Associate General Counsel (SBN 11398)
Tania Gonzalez Contreras, Attorney (SBN 16872)
University of Nevada, Reno
1664 N. Virginia Street/MS0550
Reno, Nevada 89557-0550
(775) 784-3495
(775) 327-2202 fax
shusbands@unr.edu
tgonzalescontreras@unr.edu

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MADISON THOMASSON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>Defendant. | Case No. 3:25-CV-00611-MMD-CLB<br><br>**ORDER GRANTING STIPULATION REGARDING TIME TO FILE RESPONSIVE PLEADING**<br>**(First Request)** |

Plaintiff Madison Thomasson ("Plaintiff") appearing through counsel of record Mark Mausert, Esq. and Sean McDowell, Esq., Defendant Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Reno ("University") appearing through counsel of record Scott H. Husbands, Esq. and Tania Gonzalez Contreras, Esq., hereby stipulate that the University shall have up to and including November 26, 2025 to file its responsive pleading to Plaintiff's Complaint. In support of their stipulation, the Parties provide the following per LR IA 6-1, LR IA 6-2, and LR 7-1:

1. Plaintiff filed her Complaint on October 27, 2025. (ECF No. 1)

2. Plaintiff perfected service on the University as of October 29, 2025. Under FRCP 12, the University's responsive pleading is due on November 19, 2025.

1

3. On November 17, 2025, the University's counsel reached out to Plaintiff's counsel to discuss a proposed extension of one week. UNR's need for the extension was based on counsel of record in this matter managing a number of other time sensitive matters. That issue, and related pre-existing professional obligations, left the University without the time it needed to prepare and file its responsive pleading. Plaintiff's counsel agreed to the request for a continuance and counsel stipulated to request a one-week extension. Counsel agreed that UNR would have up to and including November 26, 2025 to file its responsive pleading.

4. This is the Parties' first stipulation to extend the time for the University to file its responsive pleading.

5. The Parties therefore request that UNR have up to and including November 26, 2025 to submit its responsive pleading to Plaintiff's Complaint.

6. The Parties offer this stipulation in good faith and not for the purpose of delay.

STIPULATED and DATED this 19th day of November, 2025.

| | |
|---|---|
| /s/ Mark Mausert | /s/ Scott H. Husbands |
| Mark Mausert (SBN 2398) | Scott H. Husbands (SBN 11398) |
| Sean McDowell (SBN 15962) | Tania Gonzalez Contreras (SBN 16872) |
| 729 Evans Avenue | Office of the General Counsel |
| Reno, Nevada 89512 | University of Nevada, Reno |
| (775) 786-5477 | 1664 N. Virginia Street/MS0550 |
| mark@markmausertlaw.com | Reno, Nevada 89557-0550 |
| sean@markmausertlaw.com | (775) 784-3495 |
| | (775) 327-2202 fax |
| **Attorney for Plaintiffs** | shusbands@unr.edu |
| | tgonzalezcontreras@unr.edu |
| | |
| | **Attorneys for Defendant** |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:        November 19, 2025

2