Scott H. Husbands, Associate General Counsel (SBN 11398)
Tania Gonzalez Contreras, Attorney (SBN 16872)
University of Nevada, Reno
1664 N. Virginia Street/MS0550
Reno, Nevada 89557-0550
(775) 784-3495
(775) 327-2202 fax
shusbands@unr.edu
tgonzalescontreras@unr.edu

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MADISON THOMASSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>    Defendant. | Case No. 3:25-CV-00611-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>[ECF No. 11] |

   Plaintiff Madison Thomasson ("Plaintiff") appearing through counsel of record Mark Mausert, Esq. and Sean McDowell, Esq., Defendant Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Reno ("University") appearing through counsel of record Scott H. Husbands, Esq. and Tania Gonzalez Contreras, Esq., hereby stipulate that the University shall have up to and including December 3, 2025 to file its responsive pleading to Plaintiff's Complaint. This is the parties' second stipulation requesting an extension of time. In support of their stipulation, the Parties provide the following per LR IA 6-1, LR IA 6-2, and LR 7-1:

   1. Plaintiff filed her Complaint on October 27, 2025. (ECF No. 1)

1

2. Plaintiff perfected service on the University as of October 29, 2025. Under FRCP 12, the University's responsive pleading was initially due on November 19, 2025.

3. On November 19, 2025, the parties submitted a stipulation agreeing to set the University's responsive pleading deadline to November 26, 2025. (ECF No. 9) At that time, the parties submitted that good cause existed for the extension due to counsel's pre-existing professional obligations. (ECF No. 9).

4. The parties submit that good cause exists for an additional extension to Wednesday, December 3, 2025. At the time of the initial request for an extension, the University's legal counsel anticipated that an additional week would be enough time to complete the responsive pleading in light of other pre-existing professional obligations. Several University officials and other contacts have been out of the office due to the pending Thanksgiving holiday and it has taken longer than anticipated to review and discuss the responsive pleading with those officials. As a result, the University finds itself in need of an additional week of time to coordinate internal review and revisions to the draft responsive pleading.

5. This is the Parties' second stipulation to extend the time for the University to file its responsive pleading.

/

/

/

/

/

/

/

/

/

6. The Parties therefore request that **UNR have up to and including December 3, 2025 to submit its responsive pleading to Plaintiff's Complaint.**

7. The Parties offer this stipulation in good faith and not for the purpose of delay.

STIPULATED and DATED this 26th day of November, 2025.

| | |
|---|---|
| */s/ Mark Mausert* | */s/ Scott H. Husbands* |
| Mark Mausert (SBN 2398) | Scott H. Husbands (SBN 11398) |
| Sean McDowell (SBN 15962) | Tania Gonzalez Contreras (SBN 16872) |
| 729 Evans Avenue | Office of the General Counsel |
| Reno, Nevada 89512 | University of Nevada, Reno |
| (775) 786-5477 | 1664 N. Virginia Street/MS0550 |
| mark@markmausertlaw.com | Reno, Nevada 89557-0550 |
| sean@markmausertlaw.com | (775) 784-3495 |
| | (775) 327-2202 fax |
| **Attorney for Plaintiffs** | shusbands@unr.edu |
| | tgonzalezcontreras@unr.edu |
| | |
| | **Attorneys for Defendant** |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  November 26, 2025

3