Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MADISON THOMASSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>　　　　Defendant. | Case No.: 3:25-cv-00611-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff MADISON THOMASSON ("Plaintiff") and Defendant STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO ("Defendant") hereby stipulate and agree to a fourteen (14) day extension of time, up to and including December 31, 2025, for Plaintiff to file her response to Defendant's Motion to Dismiss (ECF No. 13).

//

//

STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST) - 1

This extension is requested as counsel for Plaintiff has a heavy calendar/deadline list. This request is not for the purpose of delay. Therefore, the parties respectfully request a fourteen (14) day extension of time, up to and including December 31, 2025, for Plaintiff to file her response to Defendant's Motion to Dismiss.

DATED this 17th day of December, 2025.
MARK MAUSERT LAW OFFICE

By: /s/ Mark Mausert
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

DATED this 17th day of December, 2025.
OFFICE OF THE GENERAL COUNSEL
UNIVERSITY OF NEVADA, RENO

By: /s/ Scott Husbands
SCOTT HUSBANDS
TANIA GONZALEZ CONTRERAS
CLAUDIA AGUAYO
1664 N. Virginia Street/MS0550
Reno, Nevada 89551-0550

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 18, 2025

STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (FIRST REQUEST) - 2