Scott H. Husbands, Associate General Counsel (SBN 11398)
Tania Gonzalez Contreras, Attorney (SBN 16872)
University of Nevada, Reno
1664 N. Virginia Street/MS0550
Reno, Nevada 89557-0550
(775) 784-3495
(775) 327-2202 fax
shusbands@unr.edu
tgonzalezcontreras@unr.edu

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MADISON THOMASSON,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>   Defendant. | Case No. 3:25-CV-00611-MMD-CLB<br><br>**ORDER GRANRTING STIPULATION REGARDING TIME TO FILE RESPONSIVE PLEADING**<br>**(First Request)** |

    Plaintiff Madison Thomasson ("Plaintiff") appearing through counsel of record Mark Mausert, Esq. and Sean McDowell, Esq., Defendant Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Reno ("University") appearing through counsel of record Scott H. Husbands, Esq. and Tania Gonzalez Contreras, Esq., hereby stipulate that the University shall have up to and including   to file its responsive pleading to Plaintiff's Opposition to Motion to Dismiss.  This is the parties' first stipulation requesting an extension of time.  In support of their stipulation, the Parties provide the following per LR IA 6-1, LR IA 6-2, and LR 7-1:

    1.  Plaintiff filed her Complaint on October 27, 2025. (ECF No. 1)

2. Plaintiff perfected service on the University as of October 29, 2025. Under FRCP 12, the University's responsive pleading was initially due on November 19, 2025.

3. The parties submit that good cause exists for an additional two week extension to January, 21, 2026. Several University officials and other contacts have been out of the office due to the pending holiday and it has taken longer than anticipated to review and discuss the responsive pleading with those officials. As a result, the University finds itself in need of an additional two weeks time to coordinate internal review and revisions to the draft responsive pleading.

4. This is the Parties' first stipulation to extend the time for the University to file its responsive pleading to Plaintiff's Opposition to Motion to Dismiss.

5. The Parties therefore request that UNR have up to and including January 21, 2026 to submit its responsive pleading to Plaintiff's Opposition to Motion to Dismiss.

6. The Parties offer this stipulation in good faith and not for the purpose of delay.

STIPULATED and DATED this 5th day of January, 2026.

| | |
|---|---|
| /s/ *Mark Mausert* <br> Mark Mausert (SBN 2398) <br> Sean McDowell (SBN 15962) <br> 729 Evans Avenue <br> Reno, Nevada 89512 <br> (775) 786-5477 <br> mark@markmausertlaw.com <br> sean@markmausertlaw.com <br><br> **Attorney for Plaintiffs** | /s/ *Tania Gonzalez Contreras* <br> Scott H. Husbands (SBN 11398) <br> Tania Gonzalez Contreras (SBN 16872) <br> Office of the General Counsel <br> University of Nevada, Reno <br> 1664 N. Virginia Street/MS0550 <br> Reno, Nevada 89557-0550 <br> (775) 784-3495 <br> (775) 327-2202 fax <br> shusbands@unr.edu <br> tgonzalezcontreras@unr.edu <br><br> **Attorneys for Defendant** |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 5, 2026.

2