Scott H. Husbands, Associate General Counsel (SBN 11398)
Tania Gonzalez Contreras, Attorney (SBN 16872)
University of Nevada, Reno
1664 N. Virginia Street/MS0550
Reno, Nevada 89557-0550
(775) 784-3495
(775) 327-2202 fax
shusbands@unr.edu
tgonzalezcontreras@unr.edu

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MADISON THOMASSON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>Defendant. | Case No. 3:25-CV-00611-MMD-CLB<br><br>**ORDER GRANTING STIPULATION REGARDING TIME TO FILE REPLY**<br>**(Second Request)** |

Plaintiff Madison Thomasson ("Plaintiff") appearing through counsel of record Mark Mausert, Esq. and Sean McDowell, Esq., Defendant Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Reno ("University") appearing through counsel of record Scott H. Husbands, Esq. and Tania Gonzalez Contreras, Esq., hereby stipulate that the University shall have up to and including Wednesday January 28, 2026 to file its reply to Plaintiff's Opposition to Motion to Dismiss. This is the parties' second stipulation requesting an extension of time. In support of their stipulation, the Parties provide the following per LR IA 6-1, LR IA 6-2, and LR 7-1:

1.   Plaintiff filed her Complaint on October 27, 2025. (ECF No. 1)

1

2. Plaintiff perfected service on the University as of October 29, 2025. Under FRCP 12, the University's responsive pleading was initially due on November 19, 2025. The University filed a motion to dismiss on December 3, 2025. (ECF No. 13) On December 31, 2025, Plaintiff filed her opposition to the University's motion to dismiss. (ECF No. 18) On that same day, the undersigned counsel had to travel to the East Coast to handle an unexpected family medical issue. That medical issue consumed all of the undersigned counsel's time through the week ending January 9, 2026. On January 5, 2026, the parties agreed to and submitted a stipulation requesting an extension of time until Wednesday January 21, 2026. (ECF No. 16) The Court granted that stipulation and set January 21, 2026 as the due date for the University's reply. At the time of filing the January 5, 2026 stipulation, the undersigned counsel did not expect to be out the entire week of January 5, 2026. The undersigned counsel returned to the office on Monday, January 12, 2026 and spent the entire week catching up from being out from January 2, 2026 to January 9, 2026. This left the undersigned counsel without the time needed to thoroughly review Plaintiff's opposition and file a reply. On Wednesday, January 21, 2026, the parties' counsel agreed that the University could have up to and including January 28, 2026 to submit its reply. Based on these facts, the parties stipulate and submit that good cause exists for this second request for an extension of time.

3. Per Local Rule IA 6-1, this is the parties' second request for an extension of time regarding the University's reply.

/
/
/
/
/
/
/
/

2

4.  The Parties therefore request that the University have up to and including January 28, 2026 to submit its reply to Plaintiff's Opposition to Motion to Dismiss.

5.  The Parties offer this stipulation in good faith and not for the purpose of delay.

STIPULATED and DATED this 21st day of January, 2026.

/s/ Mark Mausert
Mark Mausert (SBN 2398)
Sean McDowell (SBN 15962)
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477
mark@markmausertlaw.com
sean@markmausertlaw.com

**Attorney for Plaintiffs**

/s/ Scott H. Husbands
Scott H. Husbands (SBN 11398)
Tania Gonzalez Contreras (SBN 16872)
Office of the General Counsel
University of Nevada, Reno
1664 N. Virginia Street/MS0550
Reno, Nevada 89557-0550
(775) 784-3495
(775) 327-2202 fax
shusbands@unr.edu
tgonzalezcontreras@unr.edu

**Attorneys for Defendant**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED:          January 21, 2026

3