Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MADISON THOMASSON,<br><br>                Plaintiff,<br><br>        v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>                Defendant. | Case No.: 3:25-cv-00611-MMD-CLB<br><br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff MADISON THOMASSON ("Plaintiff") and Defendant STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO ("Defendant") hereby stipulate and agree to a seven (7) day extension of time, up to and including June 4, 2026, for Plaintiff to file her First Amended Complaint, pursuant to the Court's Order (ECF No. 27).

//

//

STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE FIRST AMENDED COMPLAINT (FIRST REQUEST) - 1

This extension is requested as counsel for Plaintiff has a heavy calendar/deadline list. This request is not for the purpose of delay. Therefore, the parties respectfully request a seven (7) day extension of time, up to and including June 4, 2026, for Plaintiff to file her First Amended Complaint.

DATED this 27th day of May, 2026.
MARK MAUSERT LAW OFFICE

By: _/s/ Mark Mausert_
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

_Attorneys for Plaintiff_

DATED this 27th day of May, 2026.
OFFICE OF THE GENERAL COUNSEL
UNIVERSITY OF NEVADA, RENO

By: _/s/ Scott Husbands_
SCOTT HUSBANDS
TANIA GONZALEZ CONTRERAS
CLAUDIA AGUAYO
1664 N. Virginia Street/MS0550
Reno, Nevada 89551-0550

_Attorneys for Defendant_

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: _____May 28, 2026_____

STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE FIRST AMENDED COMPLAINT (FIRST REQUEST) - 2