Mark Mausert
Nevada Bar #2398
Sean McDowell, Esq.
Nevada Bar #15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786 5477
(775) 786 9658 –fax
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MADISON THOMASSON,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>Defendant. | Case No.: 3:25-cv-00611-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiff's claims in the above-referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 4th day of June, 2026.
MARK MAUSERT LAW OFFICE

 /s/ Mark Mausert
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

Dated this 4th day of June, 2026.
OFFICE OF THE GENERAL COUNSEL
UNIVERSITY OF NEVADA, RENO

 /s/ Scott Husbands
SCOTT HUSBANDS
TANIA GONZALEZ CONTRERAS
CLAUDIA AGUAYO
1664 North Virginia Street/MS0550

**IT IS SO ORDERED.**

Dated:  June 5, 2026.

_____
UNITED STATES DISTRICT JUDGE